UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

FILED
JAN 2 6 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

EDWARD W. LANDER )
_____ )
_____ )
_____ )
     *Plaintiff* )
       v.         ) Case Number: 15-79-NJR-DGW
FRANCES SLAY    )            (Clerk's Office will provide)
ST. LOUIS POLICE )
ST. LOUIS CITY COURT )
AMERICAN TRAFFIC SOLUTION )
     *Defendant(s)*

# PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

**I.   JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

42 U.S.C. SECT. 1983

**II.   PARTIES**

**Plaintiff:**

A.   Plaintiff, a citizen of  ILLINOIS  (state), who resides at 215 S. MORRISON APT. 22 COLLINSVILLE , alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant  FRANCES SLAY  is employed as
         (a)   (Name of First Defendant)
     MAYOR
         (b)         (Position/Title)

(10/2010)

with  CITY OF ST. LOUIS
           (c)    (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: HE SIGNED AN ORDANCE IN VIOLATION WITH STATE LAW AND THE 6TH AND 14TH AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C. Defendant ST. LOUIS POLICE DEPT. is employed as
    (Name of Second Defendant)

DEPARTMENT OF EXECUTIVE BRANCH
    (Position/Title)

with CITY OF ST. LOUIS
    (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: ILLEGAL SPYING AND RIGGING FALSE EVIDENCE THIS VIOCATES THE 4TH, 6TH AND 14TH AMENDMENTS OF THE U.S. CONSTITUTION

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.  Defendant _ST LOUIS CITY COURT_ is employed as
(Name of Third Defendant)

_JUDICAL BRANCH_
(Position/Title)

with _ST. LOUIS CITY_
(Employer's Name and Address)

_1520 MARKET ST.  ST LOUIS, MO_

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government?  ☒ Yes  ☐ No

If you answer is YES, briefly explain:
_DENIED ME A RIGHT TO TRIAL UNDER THE 6th AMENDMENT_

Check one of the following:

☐  This defendant **personally participated** in causing my injury, and I want **money damages**.

☒  The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

**Defendant #4:**

D. Defendant _AM. TRAFFIC SOLUTIONS_ is employed as
(Name of Third Defendant)

_OWNER AND OPERATOR OF CAMRAS_
(Position/Title)

with _____
(Employer's Name and Address)
_P.O. BOX 22091, TEMPE, AZ. 85285-2091_

At the time the claim(s) alleged in this complaint arose, was Defendant #4 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:
_UNDER CONTRACT BY THE CITY_

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

## Additional Defendant(s) (if any):

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

•

(10/2010)

III. PREVIOUS LAWSUITS

    A.    Have you begun any other lawsuits in this federal court?
         ☐ Yes  ☒ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s):

            Defendant(s):

        2.    Case number:

        3.    Name of Judge to whom case was assigned:

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

IN OCT. 2013, I RECEIVED A RED LITE CITION FOR AN INTERSESSION I HAVE NOT BEN IN FOR 43 YEARS. THE CLOSE-UP WAS NOT TAKEN BY A RED LIGHT CAMRA, BUT ONE ON A POLICE CAR. IT WAS SENT TO THE OWNER OF THE RED LITE CAMRAS TO RIG THE REST ON A COMPUTER. THE CITY COURT DENIED ME THR RIGHT TO TRILE WHERE I COULD PRESENT EVIDENCE TO SHOW MY INOCENCE.

(10/2010)

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 1,000,000.00

Punitive damages in the amount of $ 3,000,000.00.

An ordering requiring defendant(s) to: PAY $4,000,000.00 AND REMOVE ALL RED LIGHT CAMRAS.

A declaration that: RED LIGHT CAMRAS BE RULED UNCONSTITUTIONAL IN THE WAY THEY ARE USED. IF SPEED CAMRAS ARE ALSO USED THIS WAY, THAN THEY TOO MUST GO.

Other: DECLARE THE ST. LOUIS CITY COURT ILLEGAL FOR OPERATING AGAINST THE U.S. CONSTITUTION AND JUDICAL PROCEEDURE, AND DISBAR THE JUDGES FOR ILLEGAL PRATICE

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ⊗ does or ◯ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: DEC. 29, 2014
(date)

*Edward W. Lander*
Signature of Plaintiff

215 S. MORRISON APT. 22
Street Address

EDWARD W. LANDER
Printed Name

COLLINSVILLE IL. 62234
City, State, Zip

(10/2010)